IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-03007-LTB

ALFONSO A. CARRILLO,

    Applicant,

v.

GARY WILSON, Denver Undersheriff/Warden,

    Respondent.

___

# JUDGMENT

___

    Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on March 18, 2013, it is hereby

    ORDERED that Judgment is entered in favor of Respondent and against Applicant.

    DATED at Denver, Colorado, this 18 day of March, 2013.

                                 FOR THE COURT,

                                 JEFFREY P. COLWELL, Clerk

                                 By: s/ S. Grimm
                                    Deputy Clerk